Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611091377
Cashier ID: sprinka
Transaction Date: 11/14/2013
Payer Name: san francisco legal support
------------------------------------------
CIVIL FILING FEE
  For: mona ghandi
  Case/Party: D-CAN-3-13-CV-005296-001
  Amount:         $400.00
------------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 138566
  Amt Tendered:  $400.00
------------------------------------------
Total Due:         $400.00
Total Tendered: $400.00
Change Amt:        $0.00

edl


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.