Michael W. Sobol (State Bar No. 194857)
Nicole D. Reynolds (State Bar No. 246255)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
E-mail: msobol@lchb.com
nreynolds@lchb.com

Daniel M. Hattis (State Bar No. 232141)
HATTIS LAW
1134 Crane Street, Suite 216
Menlo Park, CA 94025
Telephone:  (650) 980-1990
E-mail: dan@hattislaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONA GANDHI, MARISHA JOHNSTON, and MARSHALL TIETJE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACFONE WIRELESS, INC.<br><br>Defendant. | Case No.  13-cv-05296-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE ON MOTION TO COMPEL ARBITRATION** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Mona Gandhi, Marisha Johnston, and Marshall Tietje ("Plaintiffs") and Defendant TracFone Wireless, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 21, 2013, the Court related the above-entitled action to *Hansell v. TracFone Wireless, Inc.*, Case No. 13-cv-03440-EMC (N.D. Cal.) (the "*Hansell* Action");

WHEREAS, on November 21, 2013, during the parties' Initial Case Management Conference in the *Hansell* Action, the Court ordered the following schedule on the Motion to

Compel Arbitration in the *Hansell* Action:

    1.    12/19/13:  Motion to Compel Arbitration Due;

    2.    1/23/14: Opposition to Motion to Compel Arbitration Due;

    3.    2/6/14: Reply in Support of Motion to Compel Arbitration Due;

    4.    2/27/14 at 1:30 p.m.: Hearing on Motion to Compel Arbitration.

WHEREAS, on December 19, 2013, Defendant filed a Motion to Compel Arbitration in the *Hansell* Action, and also sought leave to file a Motion to Compel Arbitration in the above-entitled action and in another related case, entitled *Blaqmoor v. TracFone Wireless, Inc.*, Case No. 13-cv-05295-EMC (N.D. Cal.);

WHEREAS, on December 20, 2013, the Court granted Defendant leave to file its Motion to Compel Arbitration in the above-entitled action (Dkt. No. 13), but didn't set a specific briefing schedule or a hearing for the motion;

WHEREAS, the parties have met and conferred and agree that the same briefing schedule set for the Motion to Compel Arbitration in the *Hansell* action should apply to this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by his undersigned counsel, and Defendant, by its undersigned counsel, that the schedule on the arbitration motion in the *Hansell* Action also apply to this action, such that:

    1.    1/23/14: Plaintiffs' Opposition to Motion to Compel Arbitration due;

    2.    2/6/14: Defendant's Reply in Support of Motion to Compel Arbitration due;

    3.    2/27/14 at 1:30 p.m.: Hearing on Motion to Compel Arbitration.

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated: __1/2/14__, ~~2013~~      _____
                                        EDWARD M. CHEN
                                          United States District Judge

Dated:  December 27, 2013	Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: */s/ Nicole D. Reynolds*
    Nicole D. Reynolds

Michael W. Sobol
msobol@lchb.com
Nicole D. Reynolds
nreynolds@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000

Daniel M. Hattis
dan@hattislaw.com
HATTIS LAW
1134 Crane Street, Suite 216
Menlo Park, CA 94025
Telephone:  (650) 980-1990

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: December 27, 2013 | SIDLEY AUSTIN LLP |

                                      By: */s/ Joel S. Feldman*
                                           Joel S. Feldman

Joel S. Feldman (admitted *pro hac vice*)
jfeldman@sidley.com
Lisa E. Schwartz (admitted *pro hac vice*)
lschwartz@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Ryan M. Sandrock
rsandrock@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104

Steven J. Brodie (*pro hac vice* to be submitted)
sbrodie@carltonfields.com
Aaron S. Weiss (*pro hac vice* to be submitted)
aweiss@carltonfields.com
CARLTON FIELDS, P.A.
Miami Tower
100 SE Second Street, Suite 4200
Miami, FL 33131-2119

*Attorneys for Defendant*

### ATTESTATION

I, Nicole D. Reynolds, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joel S. Feldman has concurred in this filing.

                                        */s/ Nicole D. Reynolds*
                                          Nicole D. Reynolds